UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| TAMMIE L. COLE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 6:22-CV-00699-JR<br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $10,968.50. Counsel may retain the $6,196.23 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $4,772.27 due to counsel. Commissioner will deduct from the balance of $4,722.27 an administrative assessment pursuant to 42 USC § 406(d) and pay Plaintiff's counsel the remainder.

DATED: 9/15/2026

/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff